**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL A. WESBECHER, | No. 08-17051 |
| Plaintiff - Appellant, | D.C. No. 2:01-cv-02410-FCD-DAD |
| v. | |
| STEPHEN D. LANDAKER; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Frank C. Damrell, Jr., District Judge, Presiding

Submitted March 16, 2010[**]

Before:    SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Paul A. Wesbecher appeals pro se from the district court's summary

judgment for defendants in his 42 U.S.C. § 1983 action alleging excessive force.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

KV/Research

We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007), and we affirm.

The district court properly granted summary judgment on Wesbecher's excessive force claim because a judgment in his favor would necessarily imply the invalidity of his convictions, and Wesbecher offered no evidence that his convictions have been invalidated. *See Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

Defendant Landaker's motion to supplement the record and motion for leave to file a late brief are granted.

**AFFIRMED.**